# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:                                             Case No. 16-31095-DHW
                                                   Chapter 13
DELANDO MONTEZ ATCHISON,

      Debtor.


## ORDER OVERRULING OBJECTION IN PART

## ORDER SETTING EVIDENTIARY HEARING


In accordance with the Memorandum Opinion entered this day, it is

ORDERED that the objection to confirmation (Doc. #28) by Vanderbilt is OVERRULED in part, it is

FURTHER ORDERED that an evidentiary hearing will take place regarding the remaining portions of the objection (Doc. #28). The evidentiary hearing will take place at the United States Bankruptcy Court, United States Courthouse Annex, One Church Street, Courtroom No. 4-C, Montgomery, Alabama, on October 31, 2016, at 1:30 PM.

Done this the 12th day of September, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge


c: Richard D. Shinbaum, Debtor's Attorney
 Kristofor D. Sodergren, Vanderbilt's Attorney
 Sabrina L. McKinney, Acting Trustee